UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALLISON M. BELTER,

    Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

    Defendant.

Case No. 16-C-1609

ORDER GRANTING JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

    Pursuant to the parties' stipulation, the Court awards Plaintiff attorney fees and expenses in the amount of $5,858.93, and $400.00 in court costs, in full satisfaction and settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in this case. The award of attorney fees and costs will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

    Dated this 24th day of August, 2017.

                        BY THE COURT:

                        s/ William C. Griesbach
                        HONORABLE WILLIAM C. GRIESBACH
                        Chief Judge, United States District Court